## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

     Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

     Defendant(s).

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:05pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on The Minnesota Board of Architecture,
Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior
Design through the State of Minnesota Attorney Generals Office therein named,
located at 445 Minnesota Street, St. Paul, 55101, County of Ramsey, State of
Minnesota, by emailing document(s) to COVID.service@ag.state.mn.us, with an
admission of service stating: This email constitutes written admission of service
upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil
Procedure 502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From: Yahoo Mail (dlunda@yahoo.com)

To: covid.service@ag.state.mn.us

Date: Wednesday, May 19, 2021, 02:05 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: The Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From: AG COVID Service (covid.service@ag.state.mn.us)

To:     dlunda@yahoo.com

Date:   Wednesday, May 19, 2021, 02:06 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

**United States District Court**
**District of Minnesota**

Charles L. Maron, Jr.

    Plaintiff(s),

v.

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

    Defendant(s).

Case No.
0:21-cv-01241

AFFIDAVIT OF SERVICE

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:14pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Paul Vogel, Chair, in his official capacity, or their
successor of The Minnesota Board of Architecture, Engineering, Land Surveying,
Landscape Architecture, Geoscience, and Interior Design through the State of
Minnesota Attorney General's Office therein named, located at 445 Minnesota
Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by emailing
document(s) to COVID.service@ag.state.mn.us, with an admission of service
stating: This email constitutes written admission of service upon the Minnesota
Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 502(a) a
true and correct copy of thereof.

Subscribed and Sworn to Before Me this

_19th_ Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

CASE 0:21-cv-01241-JRT-LIB   Doc. 6   Filed 05/20/21   Page 5 of 66

Service

From: Yahoo Mail (dlunda@yahoo.com)

To: covid.service@ag.state.mn.us

Date: Wednesday, May 19, 2021, 02:14 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Paul Vogel, Chair, In his official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From: AG COVID Service (covid.service@ag.state.mn.us)

To:     dlunda@yahoo.com

Date:   Wednesday, May 19, 2021, 02:16 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

    Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

    Defendant(s).

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:19pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Dave Blume, Vice Chair, in his official capacity,
or their successor of The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design through the
State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

service

From: Yahoo Mail (dlunda@yahoo.com)

To: covid.service@ag.state.mn.us

Date: Wednesday, May 19, 2021, 02:19 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Dave Blume, Vice Chair, In his official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From: AG COVID Service (covid.service@ag.state.mn.us)

To:   dlunda@yahoo.com

Date: Wednesday, May 19, 2021, 02:19 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

**United States District Court**
**District of Minnesota**

Charles L. Maron, Jr.

     Plaintiff(s),

v.

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

     Defendant(s).

Case No.
0:21-cv-01241

AFFIDAVIT OF SERVICE

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:23pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Wayne Hilbert, Board Member, in his official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

_19th_ Day of May, 2021 David J. Lunda

Notary Public



Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From: Yahoo Mail (dlunda@yahoo.com)

To: covid.service@ag.state.mn.us

Date: Wednesday, May 19, 2021, 02:23 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Wayne Hilbert, Board Member, In his official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From:  AG COVID Service (covid.service@ag.state.mn.us)

To:      dlunda@yahoo.com

Date:  Wednesday, May 19, 2021, 02:24 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

    Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

    Defendant(s).

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:26pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Meg Parsons, Board Member, in her official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

9th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From: Yahoo Mail (dlunda@yahoo.com)

To:    covid.service@ag.state.mn.us

Date:  Wednesday, May 19, 2021, 02:26 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Meg Parsons, Board Member, In her official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From: AG COVID Service (covid.service@ag.state.mn.us)

To:     dlunda@yahoo.com

Date:   Wednesday, May 19, 2021, 02:26 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

**United States District Court**
**District of Minnesota**

Charles L. Maron, Jr.

       Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

      Defendant(s).

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:29pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Tari Ryala, Board Member, in her official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From: Yahoo Mail (dlunda@yahoo.com)

To: covid.service@ag.state.mn.us

Date: Wednesday, May 19, 2021, 02:29 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Tari Rayala, Board Member, In her official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From: AG COVID Service (covid.service@ag.state.mn.us)

To: dlunda@yahoo.com

Date: Wednesday, May 19, 2021, 02:29 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

      Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

      Defendant(s).

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:32pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Nirmal Jain, Board Member, in his official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

____ 19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

Service

From: Yahoo Mail (dlunda@yahoo.com)

To: covid.service@ag.state.mn.us

Date: Wednesday, May 19, 2021, 02:32 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Nirmal Jain, Board Member, In their official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From: AG COVID Service (covid.service@ag.state.mn.us)

To:    dlunda@yahoo.com

Date: Wednesday, May 19, 2021, 02:33 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

**United States District Court**
**District of Minnesota**

Charles L. Maron, Jr.

    Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

    Defendant(s).

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:35pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Denise Kazmierczak, Board Member, in her
official capacity, or their successor of The Minnesota Board of Architecture,
Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior
Design through the State of Minnesota Attorney General's Office therein named,
located at 445 Minnesota Street, St. Paul, 55101, County of Ramsey, State of
Minnesota, by emailing document(s) to COVID.service@ag.state.mn.us, with an
admission of service stating: This email constitutes written admission of service
upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil
Procedure 502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

## Service

From:  Yahoo Mail (dlunda@yahoo.com)

To:    covid.service@ag.state.mn.us

Date:  Wednesday, May 19, 2021, 02:35 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Denise Kazmierczak, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From:  AG COVID Service (covid.service@ag.state.mn.us)

To:      dlunda@yahoo.com

Date:  Wednesday, May 19, 2021, 02:36 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

    Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

    Defendant(s).

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:38pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Daniel Kelsey, Board Member, in his official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From: Yahoo Mail (dlunda@yahoo.com)

To:      covid.service@ag.state.mn.us

Date:   Wednesday, May 19, 2021, 02:38 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Daniel Kelsey, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From:   AG COVID Service (covid.service@ag.state.mn.us)

To:     dlunda@yahoo.com

Date:   Wednesday, May 19, 2021, 02:39 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

Defendant(s).

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their normal methods of accepting in-person service. Their office instructed me to electronically serve the documents identified in this affidavit. The Attorney General declared that by electronically serving their office, they have accepted service as if doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021 at 2:42pm he electronically served the following: Summons; Complaint with Exhibits 1-11, Civil Cover Sheet on Melisa Rodriquez, Board Member, in her official capacity, or their successor of The Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design through the State of Minnesota Attorney General's Office therein named, located at 445 Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by emailing document(s) to COVID.service@ag.state.mn.us, with an admission of service stating: This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this



19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From:   Yahoo Mail (dlunda@yahoo.com)

To:      covid.service@ag.state.mn.us

Date:   Wednesday, May 19, 2021, 02:42 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Melisa Rodriguez, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From: AG COVID Service (covid.service@ag.state.mn.us)

To:     dlunda@yahoo.com

Date:   Wednesday, May 19, 2021, 02:42 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

    Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

    Defendant(s).

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:44pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Dan Baar, Board Member, in his official capacity,
or their successor of The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design through the
State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

Service

From:   Yahoo Mail (dlunda@yahoo.com)

To:     covid.service@ag.state.mn.us

Date:   Wednesday, May 19, 2021, 02:44 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Dan Baar, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

   Morhan Service Package.pdf
6.7MB

## Auto-Reply

From:   AG COVID Service (covid.service@ag.state.mn.us)

To:      dlunda@yahoo.com

Date:   Wednesday, May 19, 2021, 02:45 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

**United States District Court**
**District of Minnesota**

Charles L. Maron, Jr.

      Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

      Defendant(s).

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:47pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Scott Robinson, Board Member, in his official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

_19th_ Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From: Yahoo Mail (dlunda@yahoo.com)

To:     covid.service@ag.state.mn.us

Date:  Wednesday, May 19, 2021, 02:47 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Scott Robinson, Board Member, In their Official Capacity, or
their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture,
Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From:  AG COVID Service (covid.service@ag.state.mn.us)

To:      dlunda@yahoo.com

Date:  Wednesday, May 19, 2021, 02:47 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

    Plaintiff(s),

v.

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

    Defendant(s).

Case No.
0:21-cv-01241

AFFIDAVIT OF SERVICE

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:49pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Graham Sones, Board Member, in his official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From:  Yahoo Mail (dlunda@yahoo.com)

To:     covid.service@ag.state.mn.us

Date:  Wednesday, May 19, 2021, 02:49 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Graham Sones, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet


Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From: AG COVID Service (covid.service@ag.state.mn.us)

To: dlunda@yahoo.com

Date: Wednesday, May 19, 2021, 02:49 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

    Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

    Defendant(s).

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:51pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Keith Rapp, Board Member, in his official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

19th Day of May, 2021, David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From:  Yahoo Mail (dlunda@yahoo.com)

To:     covid.service@ag.state.mn.us

Date:  Wednesday, May 19, 2021, 02:51 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Keith Rapp, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet


Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From:  AG COVID Service (covid.service@ag.state.mn.us)

To:     dlunda@yahoo.com

Date:  Wednesday, May 19, 2021, 02:52 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

    Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

    Defendant(s).

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:53pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Robert Whitmyer, Board Member, in his official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

__19th__ Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From:  Yahoo Mail (dlunda@yahoo.com)

To:    covid.service@ag.state.mn.us

Date:  Wednesday, May 19, 2021, 02:53 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Robert Whitmyer, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From: AG COVID Service (covid.service@ag.state.mn.us)

To:     dlunda@yahoo.com

Date:   Wednesday, May 19, 2021, 02:54 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

      Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

      Defendant(s).

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:56pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Erica Larson, Board Member, in their official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this



19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From: Yahoo Mail (dlunda@yahoo.com)

To: covid.service@ag.state.mn.us

Date: Wednesday, May 19, 2021, 02:56 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Erica Larson, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From: AG COVID Service (covid.service@ag.state.mn.us)

To:    dlunda@yahoo.com

Date: Wednesday, May 19, 2021, 02:56 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

    Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

    Defendant(s).

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 2:59pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Claudia Reichert, Board Member, in their official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this



19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From: Yahoo Mail (dlunda@yahoo.com)

To:      covid.service@ag.state.mn.us

Date:  Wednesday, May 19, 2021, 02:59 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Claudia Reichert, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet


Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From:    AG COVID Service (covid.service@ag.state.mn.us)

To:      dlunda@yahoo.com

Date:   Wednesday, May 19, 2021, 02:59 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

    Plaintiff(s),

v.

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

    Defendant(s).

Case No.
0:21-cv-01241

AFFIDAVIT OF SERVICE

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 3:02pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Rachel Dwyer, Board Member, in their official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

<u>19th</u> Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078



RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From: Yahoo Mail (dlunda@yahoo.com)

To: covid.service@ag.state.mn.us

Date: Wednesday, May 19, 2021, 03:02 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Rachel Dwyer, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From:  AG COVID Service (covid.service@ag.state.mn.us)

To:    dlunda@yahoo.com

Date:  Wednesday, May 19, 2021, 03:03 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

    Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

    Defendant(s).

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 3:05pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Eric Friske, Board Member, in their official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

_19th_ Day of May, 2021, David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From: Yahoo Mail (dlunda@yahoo.com)

To: covid.service@ag.state.mn.us

Date: Wednesday, May 19, 2021, 03:05 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Eric Friske, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From: AG COVID Service (covid.service@ag.state.mn.us)

To: dlunda@yahoo.com

Date: Wednesday, May 19, 2021, 03:08 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

      Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

      Defendant(s).

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 3:11pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Scott Holm, Board Member, in their official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this



19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From:  Yahoo Mail (dlunda@yahoo.com)

To:  covid.service@ag.state.mn.us

Date:  Wednesday, May 19, 2021, 03:11 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Scott Holm, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From:  AG COVID Service (covid.service@ag.state.mn.us)

To:  dlunda@yahoo.com

Date:  Wednesday, May 19, 2021, 03:12 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

     Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

     Defendant(s).

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 3:15pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on Jami Neiber, Board Member, in their official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

## Service

From: Yahoo Mail (dlunda@yahoo.com)

To:     covid.service@ag.state.mn.us

Date:  Wednesday, May 19, 2021, 03:15 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: Jami Neiber, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 Morhan Service Package.pdf
6.7MB

## Auto-Reply

From: AG COVID Service (covid.service@ag.state.mn.us)

To:     dlunda@yahoo.com

Date:   Wednesday, May 19, 2021, 03:15 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

## United States District Court
## District of Minnesota

Charles L. Maron, Jr.

      Plaintiff(s),

Case No.
0:21-cv-01241

v.

AFFIDAVIT OF SERVICE

The Minnesota Board of Architecture, Engineering, Land
Surveying, Landscape Architecture, Geoscience, and Interior Design, et al.,

      Defendant(s).

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 19th day of May, 2021
at 3:17pm he electronically served the following: Summons; Complaint with
Exhibits 1-11, Civil Cover Sheet on David Stenseth, Board Member, in their official
capacity, or their successor of The Minnesota Board of Architecture, Engineering,
Land Surveying, Landscape Architecture, Geoscience, and Interior Design through
the State of Minnesota Attorney General's Office therein named, located at 445
Minnesota Street, St. Paul, 55101, County of Ramsey, State of Minnesota, by
emailing document(s) to COVID.service@ag.state.mn.us, with an admission of
service stating: This email constitutes written admission of service upon the
Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure
502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

19th Day of May, 2021 David J. Lunda

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

RUTH ANN ELIZABETH LUNDA
Notary Public
State of Minnesota
My Commission Expires
January 31, 2026

Service

From:  Yahoo Mail (dlunda@yahoo.com)

To:     covid.service@ag.state.mn.us

Date:  Wednesday, May 19, 2021, 03:17 PM CDT

State of Minnesota Attorney Generals Office,

Please see attached for a service on: David Stenseth, Board Member, In their Official Capacity, or their Successor,

Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design

Papers Served: Summons; Complaint with Exhibits 1-11; Civil Cover Sheet

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

  Morhan Service Package.pdf
6.7MB

## Auto-Reply

From: AG COVID Service (covid.service@ag.state.mn.us)

To:     dlunda@yahoo.com

Date:   Wednesday, May 19, 2021, 03:18 PM CDT

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.