UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Charles L. Marohn, Jr., | Case No.: 21-CV-01241 (JRT/LIB) |
| Plaintiff, | |
| v. | |
| | **MOTION TO DISMISS** |
| The Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design, et al., | |
| Defendants. | |

Pursuant to the *Younger* abstention doctrine and Fed. R. Civ. P. 12(b)(6), Defendants respectfully move the Court for an order dismissing all claims in Plaintiff's complaint for failure to state a claim upon which relief can be granted.

This motion is based on a memorandum of law and on all the files, records, and proceedings herein.

.

Dated:  June 8, 2021                    Respectfully submitted,

                                                                          KEITH ELLISON
Attorney General
State of Minnesota


s/**Christopher M. Kaisershot**
CHRISTOPHER M. KAISERSHOT (#0268665)
ALLEN COOK BARR (#0399094)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1487 (Voice)
(651) 297-1235 (Fax)
allen.barr@ag.state.mn.us
christopher.kaisershot@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

2