UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Charles L. Marohn, Jr., | Case No.: 21-CV-01241 (JRT/LIB) |
| Plaintiff, | |
| v. | |
| The Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design, et al., | **NOTICE OF HEARING ON MOTION TO DISMISS** |
| Defendants. | |

PLEASE TAKE NOTICE that at a date and time to be scheduled once this motion is fully and completely briefed by all the parties, and before the Honorable John R. Tunheim, Judge of the United States District Court for the District of Minnesota, 316 N. Robert Street, Courtroom 15, St. Paul, MN 55101, the Court will hear Defendants' motion to dismiss.

This motion is based on the Memorandum of Law filed herewith, and on all the files, records, and proceedings herein.

Dated:  June 8, 2021                    Respectfully submitted,

                                                KEITH ELLISON
                                                Attorney General
                                                State of Minnesota


                                                s/**Christopher M. Kaisershot**
                                                CHRISTOPHER M. KAISERSHOT (#0268665)
                                                ALLEN COOK BARR (#0399094)
                                                Assistant Attorneys General

                                                445 Minnesota Street, Suite 1400
                                                St. Paul, Minnesota 55101-2131
                                                (651) 757-1487 (Voice)
                                                (651) 297-1235 (Fax)
                                                allen.barr@ag.state.mn.us
                                                christopher.kaisershot@ag.state.mn.us

                                                ATTORNEYS FOR DEFENDANTS