# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Charles L. Marohn, Jr.,

                Plaintiff,

     v.

The Minnesota Board of Architecture,
 Engineering, Land Surveying, Landscape
 Architecture, Geoscience, and Interior
 Design, et al.,

                Defendants.

Case No.: 21-CV-01241 (JRT/LIB)

**LOCAL RULE 7.1(f) AND (h)
COMPLIANCE CERTIFICATE**

I, Christopher K. Kaisershot, certify that Defendants' Memorandum in Support of Motion to Dismiss complies with Local Rule 7.1(f) and (h).

I further certify that, in preparation of this memorandum, I used Microsoft Word version 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 4,472 words and is printed in 13-point Times New Roman font.

Dated:  June 8, 2021                    KEITH ELLISON
                                        State of Minnesota
                                        Attorney General


                                        **/s/Christopher K. Kaisershot**
                                        CHRISTOPHER M. KAISERSHOT (#0268665)
                                        ALLEN COOK BARR (#0399094)
                                        Assistant Attorneys General

                                        445 Minnesota Street, Suite 1400
                                        St. Paul, Minnesota 55101-2131
                                        (651) 757-1487 (Voice)
                                        (651) 297-1235 (Fax)
                                        allen.barr@ag.state.mn.us
                                        christopher.kaisershot@ag.state.mn.us

                                        ATTORNEYS FOR DEFENDANTS