UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Charles L. Marohn, Jr., | Case No.: 21-CV-01241 (JRT/LIB) |
| Plaintiff, | |
| v. | **MEET AND CONFER STATEMENT** |
| The Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design, et al., | |
| Defendants. | |

Pursuant to Minnesota Local Rule 7.1(a)(1), I, Christopher M. Kaisershot, attorney for Defendants, certify that I met and conferred with Plaintiff's counsel in a telephone call on June 7, 2021. Plaintiff's counsel indicated that Plaintiff will not dismiss his lawsuit and, instead, believed that judgment should entered in his client's favor.

Dated:  June 7, 2021

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


s/**Christopher M. Kaisershot**
CHRISTOPHER M. KAISERSHOT (#0268665)
ALLEN COOK BARR (#0399094)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1487 (Voice)
(651) 297-1235 (Fax)
allen.barr@ag.state.mn.us
christopher.kaisershot@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS