UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Charles L. Marohn, Jr., | Case No.: 21-CV-01241 (JRT/LIB) |
| Plaintiff, | |
| v. | |
| | **PROPOSED ORDER** |
| The Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design, et al., | |
| Defendants. | |

Defendants' motion to dismiss all claims in the above-titled action came on for hearing before the undersigned on _____, 2021.

IT IS HEREBY ORDERED, based upon all of the pleadings, files, and the record herein and, pursuant to the *Younger* abstention doctrine and Fed. R. Civ. P. 12(b)(6), all claims in the Complaint are hereby DISMISSED.

Dated this \_\_\_ day of _____, 2021.      BY THE COURT

_____
The Honorable John R. Tunheim
Chief Judge of District Court