# Mohrman, Kaardal & Erickson, P.A.

Attorneys and Counselors at Law

150 South Fifth Street
Suite 3100
Minneapolis, Minnesota 55402

William F. Mohrman

Telephone: 612/465-0928
Facsimile: 612/341-1076
Writer's E-Mail: mohrman@mklaw.com

June 25, 2021

Via ECF

The Hon. John R. Tunheim
Chief United States District Court Judge
United States District Court for the District of Minnesota
300 South 4th Street
Minneapolis, MN 55415

Re:   **Marohn v. The Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design, et al. Case No. 21-CV-01241 (JRT/LIB)**

Dear Judge Tunheim:

I represent the Plaintiff, Mr. Marohn, in this case. His response to the Defendants' motion to dismiss is currently due Tuesday, June 29, 2021. I have asked Assistant Attorney General Allen Barr for a two-day extension, to which Mr. Barr has agreed, as shown in the email from Mr. Barr attached to this letter as Exhibit 1.

Pursuant to instructions from your courtroom deputy Heather Arent-Zachary, I am using this ECF-filed Letter Request to ask that you enter an Order extending Mr. Marohn's deadline to respond to the motion to dismiss from Tuesday, June 29, 2021 to Thursday, July 1, 2021. I am forwarding to your chamber's email a proposed order granting the extension.

Very truly yours,

s/*William F. Mohrman*
William F. Mohrman, #168816

WFM