**Bill Mohrman**

---

**From:** Allen Barr <Allen.Barr@ag.state.mn.us>
**Sent:** Friday, June 25, 2021 12:25 PM
**To:** Bill Mohrman
**Cc:** Christopher Kaisershot
**Subject:** RE: Marohn

Bill:

We agree to a two-day extension to the deadline to respond to the motion.

**Allen Cook Barr**
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101
651-757-1487
allen.barr@ag.state.mn.us

---

**From:** Bill Mohrman <mohrman@mklaw.com>
**Sent:** Friday, 25 June, 2021 11:52 AM
**To:** Christopher Kaisershot <Christopher.Kaisershot@ag.state.mn.us>
**Cc:** Allen Barr <Allen.Barr@ag.state.mn.us>
**Subject:** RE: Marohn

Chris and Allen:

I am traveling out of town on Monday and Tuesday. Would you be agreeable to short two day extension to respond to the motion to dismiss? I spoke with Judge Tunheim's assistant and she said that if you agree, I can then simply submit a letter request to Judge Tunheim. Thanks, Bill.

William F. Mohrman
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, MN. 55402
Telephone - 612-465-0928
Facsimile - 612-341-1076

mohrman@mklaw.com
www.mklaw.com

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Thank you for your cooperation.

Exhibit 1