**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CHARLES L. MAROHN, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE MINNESOTA BOARD OF ARCHITECTURE, ENGINEERING, LAND SURVEYING, LANDSCAPE ARCHITECTURE, GEOSCIENCE, AND INTERIOR DESIGN, and THE BOARD'S MEMBERS, Paul Vogel, Chair, Dave Blume, Vice Chair, Wayne Hilbert, Meg Parsons, Tari Rayala, Nirmal Jain, Denise Kazmierczak, Daniel Kelsey, Melisa Rodriguez, Dan Baar, Scott Robinson, Graham Sones, Keith Rapp, Robert Whitmyer, Erica Larson, Claudia Reichert, Rachel Dwyer, Eric Friske, Scott Holm, Jami Neiber, and David Stenseth, in their official capacities, or their successors, <br><br> Defendants. | Case No. 21-CV-01241 (JRT/LIB) <br><br><br> **LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE FOR PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

  I, William F. Mohrman, certify that original Plaintiff's Memorandum of Law in Response to Defendants' Motion to Dismiss complies with Local Rule 7.1(c) with a word count of 11,697.

  I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

2

Dated:  July 1, 2021

   *s/William F. Mohrman*
William F. Mohrman (168816)
Mohrman & Kaardal, P.A.
150 S. 5th St., Ste. 3100
Minneapolis, MN 55402
Telephone: 612-341-1074
Facsimile: 612-341-1076

*Attorneys for Plaintiff Charles L. Marohn, Jr.*