# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHARLES L. MAROHN, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE MINNESOTA BOARD OF ARCHITECTURE, ENGINEERING, LAND SURVEYING, LANDSCAPE ARCHITECTURE, GEOSCIENCE, AND INTERIOR DESIGN, and THE BOARD'S MEMBERS, Paul Vogel, Chair, Dave Blume, Vice Chair, Wayne Hilbert, Meg Parsons, Tari Rayala, Nirmal Jain, Denise Kazmierczak, Daniel Kelsey, Melisa Rodriguez, Dan Baar, Scott Robinson, Graham Sones, Keith Rapp, Robert Whitmyer, Erica Larson, Claudia Reichert, Rachel Dwyer, Eric Friske, Scott Holm, Jami Neiber, and David Stenseth, in their official capacities, or their successors, <br><br> Defendants. | Case No. 21-CV-01241 (JRT/LIB) <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS** |

The above captioned action came to the Court for hearing on Defendants' Motion to Dismiss on _____. _____ appeared on behalf of Defendants. William f. Mohrman appeared on behalf of Plaintiff. Based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss is **DENIED**;

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

1

2

Dated: _____, 2021                BY THE COURT:

 

_____
JOHN R. TUNHEIM
UNITED STATES DISTRICT COURT
JUDGE