UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Charles L. Marohn, Jr., | Case No.: 21-CV-01241 (JRT/LIB) |
| Plaintiff, | |
| v. | **LOCAL RULE 7.1(f) AND (h)** |
| | **COMPLIANCE CERTIFICATE** |
| The Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design, et al., | |
| Defendants. | |

I, Christopher M. Kaisershot, certify that Defendants' Reply Memorandum in Support of Motion to Dismiss complies with Local Rule 7.1(f) and (h).

I further certify that, in preparation of this memorandum, I used Microsoft Word for Microsoft 365 version 2106, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 4,558 words and Defendants' initial Memorandum contained 4,472 words for a combined total of 9,030 and is printed in 13-point Times New Roman font.

Dated: July 14, 2021

KEITH ELLISON
State of Minnesota
Attorney General


s/**Christopher M. Kaisershot**
CHRISTOPHER M. KAISERSHOT (#0268665)
ALLEN COOK BARR (#0399094)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1487 (Voice)
(651) 297-1235 (Fax)
allen.barr@ag.state.mn.us
christopher.kaisershot@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS