UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles L. Marohn, Jr.,                                    Case No.: 21-CV-01241 (JRT/LIB)

             Plaintiff,

  v.                                                                    **AMENDED**
**NOTICE OF HEARING**
The Minnesota Board of Architecture,               **ON MOTION TO DISMISS**
Engineering, Land Surveying, Landscape
Architecture, Geoscience, and Interior
Design, et al.,

             Defendants.


PLEASE TAKE NOTICE that on September 20, 2021, at 10:00 a.m., before the Honorable John R. Tunheim, Chief Judge of the United States District Court for the District of Minnesota, 316 N. Robert Street, Courtroom 15, St. Paul, MN 55101, the Court will hear Defendants' motion to dismiss. The hearing will be conducted by video conference using a link to be provided by the Court.

This motion is based on the previously filed Memorandums of Law, and on all the files, records, and proceedings herein.

Dated:  August 11, 2021         Respectfully submitted,

                                KEITH ELLISON
                                Attorney General
                                State of Minnesota


                                s/**Allen Cook Barr**
                                CHRISTOPHER M. KAISERSHOT (#0268665)
                                ALLEN COOK BARR (#0399094)
                                Assistant Attorneys General

                                445 Minnesota Street, Suite 1400
                                St. Paul, Minnesota 55101-2131
                                (651) 757-1487 (Voice)
                                (651) 297-1235 (Fax)
                                allen.barr@ag.state.mn.us
                                christopher.kaisershot@ag.state.mn.us

                                ATTORNEYS FOR DEFENDANTS