# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Charles L. Marohn Jr., | **COURT MINUTES** |
| | BEFORE: John R. Tunheim |
| | Chief U.S. District Judge |
| Plaintiff, | |
| v. | Case No: 21-1241 (JRT/LIB) |
| | Date: October 6, 2021 |
| Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design, et al., | Deputy: Heather Arent |
| | Court Reporter: Kristine Mousseau |
| | Courthouse: Minneapolis |
| | Courtroom: Video conference |
| | Time Commenced: 10:37 a.m. |
| Defendants. | Time Concluded: 11:21 a.m. |
| | Time in Court: 44 Minutes |

Hearing on:

Defendants' Motion to Dismiss [Docket No. 7]

APPEARANCES:

Plaintiff:   William Mohrman
Defendant:   Allen Barr

PROCEEDINGS:

Motion taken Under Advisement

**IT IS ORDERED:

☒ Written order forthcoming.

s/Heather Arent<br>Courtroom Deputy