# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Charles L. Marohn, Jr.<br><br>　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>Minnesota Board of Architecture, Engineering, Land Surveying, Landscape Architecture, Geoscience, and Interior Design, Paul Vogel, Dave Blume, Wayne Hilbert, Meg Parsons, Tari Rayala, Nirmal Jain, Denise Kazmierczak, Daniel Kelsey, Melisa Rodriguez, Dan Baar, Scott Robinson, Graham Sones, Keith Rapp, Robert Whitmyer, Erica Larson, Claudia Reichert, Rachel Dwyer, Eric Friske, Scott Holm, Jami Neiber, David Stenseth<br><br>　　　　　　　　　Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 21-cv-01241-JRT-LIB |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **ABSTAINS** from adjudicating this action.

2. Defendants' Motion to Dismiss [Docket No. 7] is **GRANTED**.

3. This action is **DISMISSED without prejudice**

Date: 12/14/2021　　　　　　　　　　　　　　　　　　　　　KATE M. FOGARTY, CLERK